# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Secrist, Laura A | Case Number: 08 B 01596 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 1/25/08 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: January 16, 2009
Confirmed:  March 24, 2008

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,821.46 | |
| Secured: | | 2,426.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,830.00 |
| Trustee Fee: | | 362.56 |
| Other Funds: | | 202.74 |
| Totals: | 5,821.46 | 5,821.46 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,830.00 | 2,830.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Chrysler Financial Services Americas LLC | Secured | 10,530.52 | 2,426.16 |
| 4. | CitiMortgage Inc | Secured | 7,593.35 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 40.85 | 0.00 |
| 6. | Ann Thatcher | Unsecured | 275.00 | 0.00 |
| 7. | Illinois Dept Of Human Services | Unsecured | 138.60 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 7.71 | 0.00 |
| 9. | Bally's | Unsecured | | No Claim Filed |
| 10. | Speedway | Unsecured | | No Claim Filed |
| 11. | Clinical Associates In Medicine | Unsecured | | No Claim Filed |
| 12. | Credit Management Service | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Palos Community Hospital | Unsecured | | No Claim Filed |
| | | | $ 21,416.03 | $ 5,256.16 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 23.08 |
| 6.5% | 206.06 |
| 6.6% | 133.42 |
| | $ 362.56 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Secrist, Laura A | Case Number: 08 B 01596
Judge: Hollis, Pamela S

Printed: 03/10/09 | Filed: 1/25/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: